# UNITED STATES DISTRICT COURT
for the
District of Arizona

DOA
9-8-16

| United States of America | ) |
|---|---|
| v. | ) |
| Fernando Guerrero Solis, | ) Case No. 16 - 8305 MJ |
| a.k.a.: Fernando Guerrero-Solis, | ) |
| (A 088 763 496) | ) |
| _Defendant_ | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of September 4, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Fernando Guerrero Solis, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about October 13, 2013, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a) and enhanced by (b)(1).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

CEB
REVIEWED BY:   Charles E. Bailey, P.S. for AUSA Sheila A. Phillips

☒ Continued on the attached sheet.

_Complainant's signature_

Luis E. Teran,
Deportation Officer
_Printed name and title_

Sworn to before me and signed in my presence.

Date: September 12, 2016

_Judge's signature_

John Z. Boyle,
City and state:   Phoenix, Arizona                United States Magistrate Judge
_Printed name and title_

## STATEMENT OF PROBABLE CAUSE

I, Luis E. Teran, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On September 4, 2016, Fernando Guerrero Solis was booked into the Maricopa County Jail (MCJ) by the Arizona Department of Public Safety on local charges. While incarcerated at the MCJ, Guerrero Solis was examined by ICE Officer A. Garcia who determined him to be a Mexican citizen, illegally present in the United States. On the same date, an immigration detainer was lodged with the county jail. On September 8, 2016, Guerrero Solis was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Guerrero Solis was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Fernando Guerrero Solis to be a citizen of Mexico and a previously deported criminal alien. Guerrero Solis was removed from the United States to Mexico through Nogales, Arizona, on or about October 13, 2013,

1

pursuant to the reinstatement of an order of removal issued by an immigration official. There is no record of Guerrero Solis in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Guerrero Solis's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Fernando Guerrero Solis was convicted of Possession of Narcotic Drug for Sale in an Amount Over the Statutory Threshold, a felony offense, on December 18, 2009, in the Superior Court of Arizona, Maricopa County. Guerrero Solis was sentenced to five (5) years' incarceration. Guerrero Solis's criminal history was matched to him by electronic fingerprint comparison.

5. On September 8, 2016, Fernando Guerrero Solis was advised of his constitutional rights. Guerrero Solis freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about September 4, 2016, Fernando Guerrero Solis, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about October 13, 2013, and not having obtained the express consent of the Secretary of the Department of Homeland Security to

reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Luis E. Teran,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 12th day of September, 2016.

_____
John Z. Boyle,
United States Magistrate Judge